**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlose Dupree McELRATH,**
**Defendant–Appellant.**

**No. 06–15753**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 1, 2007.

Raymond L. Johnson, Jr., Birmingham, AL, for Defendant–Appellant.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Amber Ladner, appointed appellate counsel for Carlose Dupree McElrath, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and McElrath's conviction and sentence are **AFFIRMED.**